UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X    04 CV 3080 (NG) (RLM)

SEGUNDO MINCHALA,

                  **Plaintiff,**

   -against-                                          **ORDER**

**TEREX CORPORATION, CEDARAPIDS, INC.,
and TEREX/CEDARAPIDS,**

                  **Defendants.**
------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      On May 1, 2006, defendant moved for summary judgement against plaintiff in this products liability action. Based upon review of the parties' papers, and after hearing oral argument, the court finds that there exist issues of fact to be decided by a jury. Accordingly, defendant's motion for summary judgement is denied. The parties are ordered to prepare a joint pre-trial order under the supervision of Magistrate Judge Roanne L. Mann.

                                                         **SO ORDERED.**

                                                           /s/
                                                   **NINA GERSHON
                                                   United States District Judge**

Dated: Brooklyn, New York
         February 2, 2007